Dismissed and Memorandum Opinion filed May 4, 2006









Dismissed and Memorandum Opinion filed May 4, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00678-CV

____________

 

DANNENBAUM ENGINEERING CORPORATION,
Appellant

 

V.

 

PORT OF BROWNSVILLE, BROWNSVILLE
NAVIGATION DISTRICT, Appellee

 



 

On Appeal from the
157th District Court

Harris County, Texas

Trial Court Cause
No.
05-11683

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 23, 2005.

On April 27, 2005, the parties filed a motion to dismiss the
appeal because appellant no longer desires to prosecute appeal.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.       

PER CURIAM

Judgment rendered and Memorandum
Opinion filed May 4, 2006.

Panel consists of Justices Hudson, Fowler, and
Seymore.